UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
SMITH, BRADLEY E. Jr.,              )        Bk. No.  16-81298
                                    )
Debtor.                             )        Chapter 7
                                    )
BRIAN STUBBS,                       )        Adv. No.  16-8046
Plaintiff,                          )
v.                                  )
                                    )
BRADLEY E. SMITH Jr.,               )
Defendant.                          )

<u>ANSWER</u>

NOW Comes defendant BRADLEY E. SMITH Jr. ("<u>Defendant</u>"), by is attorney Sumner

A. Bourne of Rafool, Bourne & Shelby P.C., and answers the Complaint of the plaintiff BRIAN

STUBBS ("<u>Plaintiff</u>") by paragraph as follows:

1.      Admit.

2.      Admit.

3.      Admit.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

8.      Neither admit nor deny, as it relates to information known only to Plaintiff.

9.      Admit.

10.     Admit.

11.     Deny.

12.     Deny.

13.     Admit.

14.     Deny.

15.     Deny.

16.     Deny.

17.     Deny.

18.     Deny.

19.     Deny.

20.     Deny.

21.     Deny.

22.     Deny.

23.     Deny.

24.     Admit.

25.     Deny.

26.     Deny.

27.     Admit.

28.     Neither admit nor deny, as Defendant is without knowledge to answer.

29.     Admit.

30.     Deny.

31.     Admit.

32.     Deny.

33.     Admit.

34. Admit

35. Admit.

36. Admit.

37. Deny.

38. Deny.

39. Deny.

40. Neither admit nor deny, as Defendant is without knowledge to answer.

41. Deny.

42. Deny.

43. Deny.

44. Admit.

45. Admit.

46. Deny.

47. Admit.

48. Deny.

49. Admit.

50. Deny.

51. Admit.

52. Admit, as the Defendant sold the subject real property to his uncle with the deed
recorded on or about October 9, 2012.

53. Deny.

54. Debtor asserts that reasonably equivalent value was paid by his uncle for the 2012

sale.

55.     Admit.

56.     Deny.

57.     Deny.

58.     Deny.

59.     Admit.

60.     Deny. Despite Defendant's prior belief and testimony at the 341 hearing the subject note lists Defendant as a co-borrower as well.

61.     Admit, however the Defendant is an additional co-borrower.

62.     Deny.

63.     Deny.

64.     Admit that Debtor continues to make payments.

65.     Admit.

66.     Admit.

67.     Deny.

68.     Admit.

69.     Neither admit nor deny, as Defendant is without knowledge at this time to answer and is investigating the facts.

70.     Admit.

71.     Admit.

72.     Admit.

73.     Neither admit nor deny, as the paragraph is a restatement of prior allegations.

74. Deny.

75. Deny.

76. Deny.

77. Deny.

78. Deny.

79. Admit.

80. Admit.

81. Admit.

82. Admit.

83. Deny.

84. Deny.

85. Neither admit nor deny, as the paragraph is a restatement of prior allegations.

86. Admit that Debtor may have made an error in the month listed in the Statement of Financial Affairs, in that the theft of tools occurred in June 2016.

87. Admit.

88. Admit.

89. Deny.

90. Deny.

91. Admit.

92. Deny.

93. Deny.

94. Deny.

95.     Neither admit nor deny, as the paragraph is a restatement of prior allegations.

96.     Deny.

97.     Deny.

<u>Prayer for Relief</u>

For the foregoing reasons, Defendant BRADLEY E. SMITH Jr. requests the following

relief:

1.      That judgment be entered in her favor or in the alternative that the complaint be

dismissed;

2.      That an order be entered that the Plaintiff be required to compensate his counsel

for costs and attorney fees in defending this action;

3.      For such further and other relief as is just.


Sumner A. Bourne                          Respectfully Submitted,
Rafool, Bourne & Shelby, P.C.             BRADLEY E. SMITH Jr.,
411 Hamilton, Suite 1600                  Defendant,
Peoria, IL  61602
Telephone: (309) 673-5535        BY:_ /s/ Sumner A. Bourne_____
                                         Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

Jonathan LA Phillips
Attorney for Plaintiff

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600                    BY:     /s/  Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535