**IT IS SO ORDERED.**

**SIGNED THIS: April 7, 2017**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| Brad Smith, ) | Case No. 16-81298 |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| Brian Stubbs, ) | Hon. Thomas L. Perkins |
| ) | |
| Plaintiff, ) | |
| ) | Adv. No. 16 A 8046 |
| v. ) | |
| ) | |
| Brad Smith, ) | |
| ) | |
| Debtor. ) | |

**AGREED JUDGMENT UNDER 11 U.S.C. §523,**
**AND DISMISSAL OF REMAINING COUNTS**

NOW COME Brian Stubbs ("Plaintiff"), through his attorney Jonathan LA Phillips, and Bradley E. Smith, Jr. ("Debtor-Defendant"), through his attorney Sumner A. Bourne, and agree and pursuant to the Complaint (the "Complaint") filed by Plaintiff on November

30, 2016 submit the following Agreed Judgment under 11 U.S.C. §523(a)(6) and Dismissal of the remaining counts, and request entry of this Court's judgment order as follows:

1. Count I of the Complaint seeking denial of discharge pursuant to 11 U.S.C. §727(a)(2)(A) is DISMISSED with prejudice;

2. Count II of the Complaint seeking denial of discharge pursuant to 11 U.S.C. §727(a)(4)(A) is DISMISSED with prejudice;

3. Judgment is entered in favor of Plaintiff and against Debtor-Defendant pursuant to 11 U.S.C. §523(a)(6), and the Debtor-Defendant's debt owed to the Plaintiff is declared NON-DISCHARGEABLE in this proceeding pursuant to said provision of the Bankruptcy Code.

4. The parties are making no admissions of fact or law, and no findings of fact or conclusions of law are being made by this Court, other than the agreement of non-dischargeability pursuant to 11 U.S.C. §523(a)(6) made in paragraph 3 of this Judgment.

**AGREED AND APPROVED AS TO FORM:**

Respectfully submitted

| | |
|---|---|
| Brian Stubbs, by | Bradley E. Smith, Jr. |
| /s/ Jonathan LA Phillips | /s/ Sumner A. Bourne |
| Jonathan LA Phillips | Sumner A. Bourne |
| Shay Phillips, Ltd. | Rafool, Bourne & Shelby P.C. |
| 230 SW Adams | 411 Hamilton, Suite 1600 |
| Suite 310 | Peoria, IL  61602 |
| Peoria, Illinois 61602 | Tel: (309) 673-5535 |
| Tel: (309) 494-6155 | Fax: (309) 673-5537 |
| Fax. (309) 494-6156 | Email:  sbnotice@mtco.com |
| Email. jphillips@shay-law.com | |

# # #